# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

　　　　　　　　　　　v.　　　　　　　　　　　Crim. No. 5:08-CR-195-1BR

**ROBERT DONNELL BATTS**

　　　On May 30, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　　/s/ Timothy L. Gupton
Michael C. Brittain　　　　　　　　　　　　　Timothy L. Gupton
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　　Executed On: December 2, 2016

## ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　　　　　　　　　　Dated this ___5___ day of __December__, 2016.

　　　　　　　　　　　　　　　　　　　　　_____ W. Earl Britt (signature)
　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge